USCA1 Opinion

 

 March 27, 1995 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT __________________ No. 94-1779 ARTHUR J. TOEGEMANN, Plaintiff, Appellant, v. UNIVERSITY OF RHODE ISLAND, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND [Hon. Ronald R. Lagueux, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Cyr and Stahl, Circuit Judges. ______________ ____________________ Arthur J. Toegemann on brief pro se. ___________________ Jeffrey B. Pine, Attorney General, and Thomas A. Palombo, Special _______________ __________________ Assistant Attorney General, on brief for appellees. _____________________ _____________________ Per Curiam. Pro se plaintiff Arthur Toegemann ___________ ___ __ appeals a district court order that requires him to forward monthly payments to defense counsel until Toegemann pays a total of $1700.00 to the state of Rhode Island. The $1700.00 represents the total amount of sanctions that the district court imposed on Toegemann for filing and litigating the instant action - the second of its kind - against the present defendants. We have thoroughly reviewed the record and the parties' briefs on appeal. Toegemann has continuously failed to pay a sanction which we affirmed in 1991. See Toegemann ___ _________ v. University of Rhode Island, et al., No. 90-1878, (1st Cir. __________________________________ April 3, 1991)(upholding $1000 sanction). He further offers no reasons why the district court abused its discretion in imposing an additional $700 in sanctions since we issued that decision. The record indicates that this additional sum is wholly justified by Toegemann's persistent recalcitrance. Accordingly, the district court's order is affirmed. See _________ ___ Local Rule 27.1.